


IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK

Matiya J Fontaine

*(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

-against-

SEE ATTACHED

*(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names. Do not include addresses here.)*

**Complaint for Violation of Civil Rights**
(Non-Prisoner Complaint)

Case No. CV 23-770
*(to be filled in by the Clerk's Office)*

Jury Trial: ☑ Yes ☐ No
*(check one)*

DeArcy Hall, J.
Bloom, M.J

### NOTICE

Federal Rules of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

Plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.

In order for your complaint to be filed, it must be accompanied by the filing fee or an application to proceed in *forma pauperis*.

1 of 9

I. **The Parties to This Complaint**

A. **The Plaintiff(s)**

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

| | |
|---|---|
| Name | Matiya J Fontaine |
| Street Address | 417 Lorimer St., Apt., #3A |
| City and County | Brooklyn |
| State and Zip Code | NY 11206 |
| Telephone Number | 646 229 2086 |
| E-mail Address | FontaineMJ_LaCabana@Yahoo.Com |

B. **The Defendant(s)**

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known) and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both. Attach additional pages if needed.

Defendant No. 1

| | |
|---|---|
| Name | CGI (offical capacity) |
| Job or Title (if known) | |
| Street Address | |
| City and County | |
| State and Zip Code | |
| Telephone Number | |
| E-mail Address (if known) | |

2 OF 9

Defendant No. 2

| | |
|---|---|
| Name | Lineage Properties (official capacity) |
| Job or Title (if known) | |
| Street Address | 1 State Street, 32nd Floor |
| City and County | New York |
| State and Zip Code | New York 10004 |
| Telephone Number | (212) 320 2484/265 5868 |
| E-mail Address (if known) | |

Defendant No. 3

| | |
|---|---|
| Name | Empire State Management Co. (official capacity) |
| Job or Title (if known) | |
| Street Address | 1 State Street, 32nd Floor |
| City and County | New York |
| State and Zip Code | New York 10004 |
| Telephone Number | (212) 320 2484/265 5868 |
| E-mail Address (if known) | |

Defendant No. 4

| | |
|---|---|
| Name | La Cabana Apartments (official capacity) |
| Job or Title (if known) | |
| Street Address | 1 State Street, 32nd Floor |
| City and County | New York |
| State and Zip Code | New York 10004 |
| Telephone Number | (212) 320 2484/265 5868 |
| E-mail Address (if known) | |

## Defendants

**1) CGI (official capacity)**

**2) Lineage Properties (official capacity)**

1 State Street

32nd Floor

New York, NY 10004

212 320 2484/265 5868

**3) Empire State Management Co. (official capacity)**

1 State Street

32nd Floor

New York, NY 10004

212 320 2484/265 5868

**4) La Cabana Apartments (official capacity)**

1 State Street

32nd Floor

New York, NY 10004

212 320 2484/265 5868

**5) Ephraim Fruchthandler (official capacity)**

1 State Street

Suite 2102

New York, NY 10004

212 320 2484/265 5868

6) Matis Tyberg (Individual and official capacities)

Property Manager

1 State Street

32nd Floor

Nes York, NY 10004

212 320 2484/265 5868

718 387 5341


7) Luis Perez (Individual and official capacities)

Superintendent

391 Lorimer Street

Apt 24A

Brooklyn, NY 11206

347 295 9400


8) DJ (Individual and official capacities)

Contractor

II. **Basis for Jurisdiction**

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics*, 403 U.S. 388 (1971), you may sue federal officials for the violation of certain constitutional rights.

A. Are you bringing suit against *(check all that apply)*:

☐ State or local officials (a § 1983 claim)
☐ Federal officials (a *Bivens* claim)

B. Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." 42 U.S.C. § 1983. If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials?

_____
_____
_____

C. Plaintiffs suing under *Bivens* may only recover for the violation of certain constitutional rights. If you are suing under *Bivens*, what constitutional right(s) do you claim is/are being violated by federal officials?

_____
_____
_____

D. Section 1983 allows defendants to be found liable only when they have acted "under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia." 42 U.S.C. § 1983. If you are suing under section 1983, explain how each defendant acted under color of state or local law. If you are suing under *Bivens*, explain how each defendant acted under color of federal law. Attach additional pages if needed.

_____
_____
_____

### III. Statement of Claim

State as briefly as possible the facts of your case. Describe how each defendant was personally involved in the alleged wrongful action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A. Where did the events giving rise to your claim(s) occur?

417 Lorimer Street, Brooklyn, NY 11206

B. What date and approximate time did the events giving rise to your claim(s) occur?

approximately most recently as October 2022 and dating back to at least 2017

C. What are the facts underlying your claim(s)? *(For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?)*

Told that housing was not available when in fact it was. Refused oppqrtunty to participate in renovations and ADA upgrade to larger unit retaliate by threatening termination from participating in a housing-assistance program recieve funding from HUD but deny services because I am a single disabled senior citizen who live alone and is black non-hispanic Jack Underwood, Esq and Xander Roos, Esq have first hand knowledge and emails legal and/or court documents reguarding these violations physical violence by contractor to this claim of fair housing act violations

IV. **Injuries**

If you sustained injuries related to the events alleged above, describe your injuries and state what medical treatment, if any, you required and did or did not receive.

Intensive Care Unit (ICU) . . . weeks of Hospitalization and rehabilatation

V. **Relief**

State briefly what you want the court to do for you. Make no legal arguments. Do not cite any cases or statutes. If requesting money damages, include the amounts of any actual damages and/or punitive damages claimed for the acts alleged. Explain the basis for these claims.

honor agreed upgrade request, end ALL harassment including construction harassment withdraw ALL adverse housing . . . subsidy matters, outside party/HPD manage waitlist and rentals, $90,000,000 in damages for hospitalization mental, emotional and physical abuse. Return ALL funds to taxpayers and refund ALL rent. Ongoing racial diversity training, diversify tenancy to include African Americans and Black non-hispanic. Accountability from all concerned in this case of housing discrimination under the Fair Housing Act, 42 U.S.C. §§ 3601 et seq. (the "FHA");42 U.S.C. § 1981; 42 U.S.C. § 2000a; Title VI of the Civil Rights Act of 1964, and 42 U.S.C. § 2000d.

VI. **Certification and Closing**

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.



A. **For Parties Without an Attorney**

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: Jan 29 , 20 23.

Signature of Plaintiff _____

Printed Name of Plaintiff Matiya J Fontaine

9 OF 9